601-15

# ELECTRONIC RECORD

COA #   12-13-00241-CR            OFFENSE:  22.021

STYLE:  James Scott Frels v. The State of Texas            COUNTY:  Trinity

COA DISPOSITION:     AFFIRMED            TRIAL COURT:  258th District Court

DATE: 04/22/2015            Publish: NO   TC CASE #:   9953

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  James Scott Frels v. The State of Texas            CCA #:   601-15

_APPELLANT'S_  Petition            CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:            DATE: _____

Refused            JUDGE: _____

DATE: 10/28/2015            SIGNED: _____      PC: _____

JUDGE: Per Curiam            PUBLISH: _____      DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**